IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:15-CR-04 |
| | § | JUDGES GILSTRAP/PAYNE |
| JERRY LYNN MOORE | § | |

SEALED

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 17 2015

DAVID J. MALAND, CLERK
BY
DEPUTY_____

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**COUNT 1**

Violation: 18 U.S.C. § 922(g)(1)
(Felon in possession of a firearm or ammunition)

On or about June 2, 2014, in the Eastern District of Texas, **Jerry Lynn Moore**, Defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Burglary, a felony, in cause number 39741, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;
2. Theft of property over $1,000, a felony, in cause number 39741, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;
3. Burglary (committed November 5, 1997), a felony, in cause number 39792, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;
4. Burglary (committed November 7, 1997), a felony, in cause number 39792, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;
5. Burglary (committed November 27, 1997), a felony, in cause number 39792, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;
6. Burglary (committed November 28, 1997), a felony, in cause number 39792, before the Circuit Court for Montgomery County, Tennessee, on September 11, 1998;

7. Burglary, a felony, in cause number 40000491, before the Circuit Court of Montgomery County, Tennessee, on April 6, 2001;
8. Theft of property over $500, a felony, in cause number 40000491 before the Circuit Court of Montgomery County, Tennessee, on April 6, 2001; and
9. Theft of property, a felony, in cause number 2008-B-1872, before the Circuit Court for Davidson County, Tennessee, on May 9, 2009;

did knowingly and unlawfully possess in and affecting commerce, firearms, to wit:

1. A Henry, .22 caliber lever action rifle, serial number 390525H;
2. A Henry, model Golden Boy, .22 caliber lever action rifle, serial number GB206000
3. A Savage model 487T, .22 caliber rifle, serial number B624532;
4. A Marlin model 90, 12 gauge shotgun, serial number H340;
5. A New England Firearms model Sportster, .17HMR caliber rifle, serial number NS268425;
6. A Daisy Manufacturing Company, model 2202, .22 caliber rifle, serial number AB0042900;
7. A Ruger model 10/22, .22 caliber rifle, serial number 352-83087;
8. A Remington model 742 Woodmaster, 30-06 caliber rifle, serial number 7088220;
9. An Amadeo Rossi model Gallery Gun, .22 caliber rifle, serial number G55994;
10. A Deutsche Waffen – UND Munitions Fabriken, Berlin modelo Argentino 1891, 8mm Mauser caliber rifle, serial number S4529;
11. A Norinco model SKS, 7.62x39mm caliber rifle, serial number 21002144;
12. A Remington model 4, .22 caliber rifle, serial number J303930;
13. A Ruger model Bearcat, .22 caliber revolver, serial number 8586; and
14. A Ruger model Single Six, .22 caliber revolver, serial number 58556

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT 2

Violation: 18 U.S.C. § 922(j)
(Possession of stolen firearms)

On or about June 2, 2014, in the Eastern District of Texas, **Jerry Lynn Moore,** Defendant herein, knowingly possessed, received, concealed, and stored stolen firearms, that is,

1. A Henry, .22 caliber lever action rifle, serial number 390525H;
2. A Henry, model Golden Boy, .22 caliber lever action rifle, serial number GB206000
3. A Savage model 487T, .22 caliber rifle, serial number B624532;
4. A Marlin model 90, 12 gauge shotgun, serial number H340;
5. A New England Firearms model Sportster, .17HMR caliber rifle, serial number NS268425;
6. A Daisy Manufacturing Company, model 2202, .22 caliber rifle, serial number AB0042900;
7. A Ruger model 10/22, .22 caliber rifle, serial number 352-83087;
8. A Remington model 742 Woodmaster, 30-06 caliber rifle, serial number 7088220;
9. An Amadeo Rossi model Gallery Gun, .22 caliber rifle, serial number G55994;
10. A Deutsche Waffen – UND Munitions Fabriken, Berlin modelo Argentino 1891, 8mm Mauser caliber rifle, serial number S4529;
11. A Norinco model SKS, 7.62x39mm caliber rifle, serial number 21002144;
12. A Remington model 4, .22 caliber rifle, serial number J303930;
13. A Ruger model Bearcat, .22 caliber revolver, serial number 8586; and
14. A Ruger model Single Six, .22 caliber revolver, serial number 58556

which had been shipped and transported in interstate or foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL,

6-17-2015                                BK
Date                            FOREPERSON OF THE GRAND JURY

JOHN M. BALES
UNITED STATES ATTORNEY

D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 2:15-CR-_____ |
| | § | JUDGES GILSTRAP/PAYNE |
| JERRY LYNN MOORE | § | |

## NOTICE OF PENALTY

### COUNTS 1 & 2

Violation:    18 U.S.C. § 922(g)(1) (Felon in possession of a firearm or ammunition)

18 U.S.C. § 922(j) (Possession of stolen firearms)

Penalty:    Imprisonment for not more than 10 years; a fine not to exceed $250,000, or both; and a term of supervised release of not more than 3 years.

Special Assessment:    $100.00