|  |  |  |  |
|---|---|---|---|
| DATE: | November 18, 2015 | CASE NUMBER: | 2:15-CR-4  JRG-RSP |
| LOCATION: | Marshall, Texas | | |
| JUDGE: | Roy S. Payne | | |
| DEP. CLERK: | Becky Andrews | USA | JERRY LYNN MOORE |
| RPTR/ECRO: | Becky Andrews | VS. | |
| USPO: | | | |
| INTERPRETER: | | Ryan Locker | Ken Hawk |
| TIME BEGAN: | 2:25 pm | | |
| ADJOURNED | 2:30 pm | | |

## COMPETENCY HEARING

Court opened. Case called. Ryan Locker announced ready for plaintiff. Ken Hawk announced ready for defendant. Ryan Locker offered the Psychological Assessment Report Competency to Stand Trial. Ken Hawk had no objection and responded further. The Court accepted the report and found that defendant is competent to stand trial.

The Court gave the defendant a jury selection date of December 14, 2015. Mr. Hawk made an oral motion for continuance. The Court granted the continuance. Jury selection will be January 11, 2016 at 9:00 a.m. and the pretrial conference is scheduled for January 4, 2016 at 9:00 a.m. The deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties is December 30, 2015 by 3:00 p.m.

The Psychological Evaluation will be filed under seal.

Court adjourned.