UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | NO. 2:15CR4 |
| | § | (Judge Gilstrap/Payne) |
| JERRY LYNN MOORE | § | |

## O R D E R

On this day came on to be heard Defendant, JERRY LYNN MOORE, Motion to Seal a Motion for Continuance and the Court having considered the same, it is hereby, in all things, GRANTED and it is hereby ORDERED that the Motion for Continuance is hereby **SEALED**.

**So ORDERED and SIGNED this 29th day of December, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE