IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 2:15-CR-04 |
| | § | JUDGES GILSTRAP/PAYNE |
| JERRY LYNN MOORE | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **Jerry Lynn Moore**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,
JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
500 Stateline Blvd, Room 402
Texarkana, Texas 75502
(903) 794-9481
(903) 792-5164 (facsimile)

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on February 29, 2016.

*/s/ D. Ryan Locker*
D. RYAN LOCKER

Notice of Plea Agreement